UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

INNOCENT KADOGO,                                                                                    Petitioner,

v.                                                                                    Civil Action No. 3:26-cv-103-DJH

JEFF TINDALL, Jailer, Oldham County
Detention Center et al.,                                                                          Respondents.

\* \* \* \* \*

**ORDER**

The parties have filed a stipulation of dismissal without prejudice signed by all parties who have appeared. (Docket No. 9) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket. The motion for a temporary restraining order (D.N. 3) is **DENIED** as moot.

March 10, 2026

David J. Hale, Chief Judge
United States District Court

1